```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00203-MR-DLH
```

| | |
|---|---|
| **MOUNTAINEER FINANCIAL SERVICES, LLC, d/b/a CAPITAL ONE REWARD ZONE OF HERNDERSONVILLE, NC,** )<br>)<br>)<br>)<br>) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **CITY OF HENDERSONVILLE, NORTH CAROLINA,** )<br>) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** comes before the Court *sua sponte* to require the parties to conduct an initial attorneys' conference.

Pursuant to Local Rule 16.1, the parties were required to conduct an initial attorneys' conference within fourteen (14) days of joinder of the issues and to file a certificate of initial attorneys' conference within seven (7) days thereafter. The record reflects that joinder of the issues occurred on September 3, 2013, when the Defendant answered the Plaintiff's Complaint.

**IT IS, THEREFORE, ORDERED** that the parties shall conduct an initial attorneys' conference as soon as practicable but no later than seven (7) days from the entry of this Order. The parties shall file a certificate of initial attorneys' conference with the Court no later than seven (7) days thereafter.

**IT IS SO ORDERED.**

Signed: October 25, 2013

Martin Reidinger
United States District Judge