THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00203-MR

| | |
|---|---|
| MOUNTAINEER FINANCIAL SERVICES, ) ) ) Plaintiff, ) ) vs. ) ) CITY OF HENDERSONVILLE, ) ) Defendant. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's Report Re: Designation of Mediator [Doc. 13].

The Pretrial Order/Case Management Plan entered in this matter requires the parties to designate a mediator within 21 days. [Doc. 12 at 6-7]. The Plaintiff has proposed designating attorney T. Douglas Wilson as a mediator in this action but has received no response from the Plaintiff on the matter. Upon consideration of the Defendant's report, the Court agrees that T. Douglas Wilson is a suitable mediator in this case.

Accordingly, **IT IS, THEREFORE, ORDERED** that attorney T. Douglas Wilson is hereby designated as the mediator in this action.

**IT IS SO ORDERED.**

Signed: January 8, 2014

Martin Reidinger
United States District Judge