# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:13-cv-00203-MR-DLH

| | |
|---|---|
| MOUNTAINEER FINANCIAL SERVICES, ) ) ) Plaintiff, ) ) vs. ) ) CITY OF HENDERSONVILLE, ) ) Defendant. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On June 2, 2014, the Defendant filed a Motion for Summary Judgment and a supporting memorandum. [Docs. 17, 18]. The Defendant's filing, however, fails to comply with this Court's Pretrial Order and Case Management Plan, which required any dispositive motions to be filed no later than June 1, 2014 and further required any briefs filed in support of such motions to be in at least 14 point font. [Doc. 12]. Accordingly, the Defendant's Motion and supporting memorandum will be stricken.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Summary Judgment and supporting memorandum [Docs. 17, 18] are

**STRICKEN**.  The Defendant may seek leave to file a summary judgment motion and brief on or before **June 6, 2014**.

**IT IS SO ORDERED.**

Signed: June 2, 2014

Martin Reidinger
United States District Judge